IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| TODD | : | 02-3885 |
| WINDING | : | 02-3894 |
| HEDSTROM, et al. | : | 02-3908 |
| GONZALEZ, et al. | : | 02-3915 |
| GOMEZ, et al. | : | 02-3941 |
| MATUSZAK, et al. | : | 02-3944 |
| BICK | : | 02-4109 |
| ROGERS | : | 02-4122 |
| ALLEN | : | 02-4124 |
| BREWER | : | 02-4132 |
| SHAPIRO | : | 02-4198 |
| FINCH, et al. | : | 02-4219 |
| WHITESIDE, et al. | : | 02-4245 |
| TKACH | : | 02-4248 |
| RITTHALER, et al. | : | 02-4263 |
| SCHULEIN, et al. | : | 02-4264 |
| WONG, et al. | : | 02-4278 |
| DENTS, et al. | : | 02-4303 |
| DURAN, et al. | : | 02-4314 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this          day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[    ]   -   Order staying these proceedings pending disposition of a related action.

[    ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[    ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**William H. Yohn, Jr., Judge**